In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-222 CV


____________________



DELOURIA WATSON, Appellant



V.



BEAUMONT HOUSING AUTHORITY, Appellee






On Appeal from the County Court at Law No.1


Jefferson County, Texas


Trial Cause No. 96255






MEMORANDUM OPINION (1)


 The county court at law granted Beaumont Housing Authority possession of certain
real premises located in Jefferson County, Texas. The defendant, Delouria Watson,
appealed. The appeal was submitted on the clerk's record alone because the appellant was
not entitled to a free reporter's record and failed to make payment arrangements for the
reporter's record. See Tex. R. App. P. 37.3(a)(1),(c). The appeal was submitted without
briefs because the appellant failed to file her brief by the October 27, 2003 due date. See
Tex. R. App. P. 38.8(a)(2). The appellant did not request an extension of time to file the
brief. See Tex. R. App. P. 38.6(d). On January 21, 2004, we notified the parties that the
appeal would be advanced without oral argument. See Tex. R. App. P. 39.9. 

 We have reviewed the record for fundamental error, and find none. The judgment
of the trial court is affirmed.

 AFFIRMED.

 PER CURIAM


Submitted on February 11, 2004

Opinion Delivered February 19, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.